Opinion issued September 24, 2019



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00307-CV

————————————

**NASSER CHEHAB, Appellant**

**V.**

**DISCOUNT TIRE COMPANY OF TEXAS, INC. AND MATT SOUDER AND BRIAN FERGUSON, Appellees**

---

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Case No. 2017-82832**

---

## MEMORANDUM OPINION

Appellant, Nasser Chehab, has neither paid the required fees nor established

indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX.

GOV'T CODE §§ 51.207, 51.208, 51.941(a), 101.041; Order, Fees Charged in the

Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial

Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015).

After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 42.3(b), (c).

We dismiss the appeal for nonpayment of all required fees. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Higley.